CLAFLIN *et al. v.* FLACK, Sheriff.

(*Common Pleas of New York City and County, General Term.* April 6, 1891.)

APPEAL—ALLOWANCE.

> In New York, where a case involves no new question of law, and the decision of the court of common pleas is only an application of well-settled principles, an appeal to the court of appeals will not be allowed.

Motion for an allowance of an appeal to the court of appeals.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
*David Tim,* for the motion. *David Leventritt,* opposed.

PER CURIAM. Assuming that, although the *remittitur* has been filed in the court below, and our judgment made a judgment of that court, we still have jurisdiction of the motion, we are of opinion nevertheless that it should not be granted. The case involved no new question of law, and our decision was only an application of well-settled principles. The authority (*Macullar* v. *McKinley,* 99 N. Y. 353, 2 N. E. Rep. 9) so strenuously urged by the appellant was critically examined by us, and was found essentially distinguishable from the case at bar. Our decision in no way impugns the principle enunciated by the court of appeals. Although we adverted to the omission from the case of a statement that it contained all the evidence, and suggested the effect of such omission, the remark was *obiter;* and we proceeded

to consider and determine the appeal upon the evidence as presented in the record before us. *Ex industria* we avoided to found our decision on the technical effect. The other considerations pressed upon us are overborne by the equal hardships to the respondent, and by the public interest in the end of the litigation. Motion denied, with costs.